FILED - USDC - FLMD - ORL
AUG 12 2026 PM2:44

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr-201-JSS-DCI
18 U.S.C. § 922(g)(1)

JARULE JHLEM JARVIS NEAL

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of a Firearm by a Convicted Felon)**

On or about March 31, 2026, in the Middle District of Florida, the defendant,

JARULE JHLEM JARVIS NEAL,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Aggravated Assault with a Deadly Weapon and Discharging a Firearm, on or about September 20, 2018;

2. Possession of a Firearm by a Convicted Felon, on or about October 2, 2023;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: Glock, model 19 Gen 5, 9mm, pistol serial number: CDHV937, and associated ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

GREGORY W. KEHOE
United States Attorney

By:

Bianca S. Bansal
Assistant United States Attorney

By:

Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
August 26

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JARULE JHLEM JARVIS NEAL

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A

—

Filed in open court this 12th day of August, 2026.

______________________________
Clerk

Bail $______________________